BEFORE THE FIRST DIVISION, JULY 29, 1960

**No. 64412.**—S. H. Kress & Co. et al. *v.* United States, protests 276332–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.